AO 91 (Rev. 11/11)  Criminal Complaint

FILED_____ ENTERED
_____ LOGGED _____ RECEIVED

# UNITED STATES DISTRICT COURT
## for the

### District of Maryland

JUL 18 2019

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Stephen Lyle ORBACK | )   Case No.   **19 - 2 3 9 0  ADC** |
| | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ April through June, 2019 _____ in the county of _____ Baltimore _____ in the _____ District of _____ Maryland _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 875 | Interstate Threatening Communication |

This criminal complaint is based on these facts:

See Affidavit attached hereto and incorporated by reference herein.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Keith Murray, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _18 July 2019_

_____
*Judge's signature*

City and state: _____ Baltimore, Maryland _____

A. David Copperthite, U.S. Magistrate Judge
*Printed name and title*